```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF GEORGIA
                     COLUMBUS DIVISION

IN RE MENTOR OBTAPE          *   MDL Docket No. 2004
                                 4:08-MD-2004 (CDL)
TRANSOBTURATOR SLING PRODUCTS *
                                 CASE NO. 4:13-CV-448 (J. Smith)
LIABILITY LITIGATION         *
```

O R D E R

Presently pending before the Court is Defendant Mentor Worldwide LLC's Motion for Suggestion of Remand to the United States District Court for the District of New Jersey (ECF No. 40 in 4:13-CV-448). As discussed below, the motion is granted.

Plaintiff Julie Smith alleged in her Complaint that she sustained injuries caused by Mentor's suburethral sling product, ObTape Transobturator Tape, which is at issue in this multidistrict litigation proceeding. Compl. ¶¶ 3, 75, 80, 86, ECF No. 1 in 4:13-CV-448 (alleging injuries caused by ObTape). The Judicial Panel on Multidistrict Litigation transferred Smith's case to this Court. *See* Conditional Transfer Order No. 79, ECF No. 3 in 4:13-CV-448.

During discovery, however, the parties learned that Smith was not implanted with ObTape but with a different suburethral sling. Given that this case does not involve ObTape, it does not "relat[e] to the ObTape transobturator sling" that is at issue in this multidistrict litigation proceeding. Conditional

Transfer Order No. 79. Therefore, the Court grants Mentor's request for a suggestion of remand so that the Judicial Panel on Multidistrict Litigation may enter an order transferring this case back to the transferor court, the United States District Court for the District of New Jersey.

IT IS SO ORDERED, this 28th day of July, 2016.

s/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA
